WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: 06-019 | MAGIS. NO: |
|---|---|---|

V.

AKIUBER NDOROMO JAMES,
a/k/a AKUBE WUROMONI NDOROMO

DOB:              PDID:

**NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED**

Akiuber Ndoromo James
ni Ndoromo

**FILED**

FEB 03 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
|---|---|

| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

HEALTH CARE FRAUD;

WIRE FRAUD;

FALSE STATEMENTS REGARDING HEALTH CARE MATTERS;

MONEY LAUNDERING;

CRIMINAL FORFEITURE.

IN VIOLATION OF:

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1347; 18 U.S.C. § 1343; 18 U.S.C. § 1035(a)(2); 18 U.S.C. § 1957; and 18 U.S.C. § 982.

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|

| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE JUDGE/MAGISTRATE JUDGE: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: JAN 2 5 2006 |
|---|---|---|
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: JAN 2 5 2006 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  01/25/06 | NAME AND TITLE OF ARRESTING OFFICER *Reporting* | SIGNATURE OF ARRESTING OFFICER *Reporting* |
|---|---|---|
| DATE EXECUTED  02/03/06 | Fitzgerald, Derrick  DUSM | |
| HIDTA CASE:    Yes    No | | OCDETF CASE:    Yes    No |