```
                        IN THE
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

                         * * *
```

**UNITED STATES OF AMERICA** )
)
       **Plaintiff;** )
)
       v. ) CR NO 06-0019(EGS)
)
)
**AKIUBER N. JAMES,** )
)
       **Defendant.** )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

          Respectfully submitted,

          A.J. KRAMER
          FEDERAL PUBLIC DEFENDER

              /S/
          By:_____
          DAVID W. BOS
          Assistant Federal Public Defender
          625 Indiana Avenue, N.W., Suite 550
          Washington, D.C.  20004
          (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 15<u>TH</u> day of February, 2006.

              /s/
          By:_____
          DAVID W. BOS