**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
    v.                              ) Crim. Action No. 06-19 (EGS)
                                    )
                                    )
AKUIBER NDOROMO JAMES,              )
A/K/A AKUBE WUROMONI NDOROMO,       )
                                    )
and VOICE OF SOCIAL CONCERN         )
ASSOCIATION, INC.                   )
                                    )
            Defendants.             )
                                    )
_____)

**ORDER**

   At a status hearing on February 16, 2006, the Court reviewed the Pretrial Services Agency's Pretrial Release Report dated February 3, 2006, and discovered that the defendant had no fixed address and that additional information provided to the Pretrial Services Agency had not been verified.  Accordingly, the Court revoked the defendant's personal recognizance and detained him without bond until such time as the information could be verified.

   Although the Court originally scheduled a bond review hearing for 2:00 PM on February 16, 2006, the Court later determined that an appropriate bond review motion should be filed by the defendant with an opportunity for the government to respond.  Therefore, it is hereby

1

**ORDERED** that a bond review motion on behalf of Akuiber Ndoromo James (a/k/a Akube Wuromoni Ndoromo) shall be filed by **12:00 PM on February 17, 2006,** and the government's response shall be filed no later than **12:00 PM on February 20, 2006**; and it is

**FURTHER ORDERED** that a bond review hearing is scheduled before the Court on **February 22, 2006, at 11:00 AM.**[1]

**SO ORDERED.**


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            February 16, 2006**

---

[1] The Court had intended to schedule a bond review hearing on February 21, 2006 at 12:00 PM, however, the Court was informed by defense counsel David W. Bos that he would not be available on that date.