UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **CR. NO. 06-0019 (EGS)** |
| : | |
| **AKUBE NDOROMO** : | |

### ORDER

Upon consideration of the Defendant's Motion to Set Conditions of Release, it is hereby ORDERED that the Defendant's motion is granted and the conditions of release imposed by Judge Kay on February 3, 2006 shall remain in effect until superceded by any other judicial order;

_____
THE HONORABLE EMMET J. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc: AFPD David W. Bos
    AUSA Robert Bowman