UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-19 (EGS) |
| | : |
| AKIUBER NDOROMO JAMES, | : |
| aka AKUBE WUROMONI NDOROMO, | : |
| and VOICE OF SOCIAL CONCERN ASSOCIATION, INC., | : |
| | : |
| **Defendants.** | : |

## SUBMISSION OF PROPOSED PROTECTIVE ORDER
## GOVERNING THE DISCLOSURE OF HEALTH INFORMATION

The parties have agreed to the attached, proposed "Protective Order Governing the Disclosure of Health Information," and respectfully request that the Court sign the proposed order.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar # 451058

By: /s/ Robert C. Bowman
ROBERT C. BOWMAN
Assistant United States Attorney
D.C. Bar # 417176
555 Fourth Street, NW
Washington, D.C. 20530
(202) 353-2877

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

v. : Criminal No. 06-19 (EGS)

AKIUBER NDOROMO JAMES, :
aka AKUBE WUROMONI NDOROMO, :
and VOICE OF SOCIAL CONCERN ASSOCIATION, INC., :

Defendants. :

ACKNOWLEDGMENT

The below-signed read the attached Protective Order Governing the Disclosure of Health Information, and agree to abide by its terms. Counsel for defendant represents that disclosure to the below-signed individual, a non-party to this litigation, is necessary for the purpose of this litigation and that a copy of this acknowledgment will be provided to counsel for the government.

Date: 4-21-06

David Bos
Counsel for Defendant

Date: 4-21-06

Akiuber Ndoromo James
Defendant