UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-019 (EGS) |
| | : | |
| v. | : | |
| | : | |
| AKIUBER NDOROMO JAMES, et al. | : | |
|     Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Roy Austin, Jr., at telephone number (202) 353-9458. Roy Austin, Jr. will substitute for Assistant United States Attorney Robert Bowman as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

ROY AUSTIN, JR.
Assistant United States Attorney
Bar No. 211491
Fraud and Public Corruption Section
555 4th Street, NW, Room 5239
Washington, DC 20530
(202) 353-9458