UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | :  Criminal No. 1:06-CR-00019-EGS |
| v. | : |
| | : |
| AKIUBER NDOROMO JAMES, | : |
| | : |
| Defendant | : |

## ORDER

FOR GOOD CAUSE SHOWN, the Court finds that the request of the defendant and the government to exclude time under the Speedy Trial Act ("the Act") should be granted. The Court finds, having considered the factors set forth at Title 18, United States Code, Sections 3161(h)(8)(A) & (B)(iv), that the grounds for exclusion of time would serve the ends of justice and would outweigh the interests of the parties and the public in a trial within the time limits of the Act.

The Court adopts the factual representations presented in the joint motion of the parties. It would be unreasonable for trial to proceed under the strict dictates of the Act because adequate preparation for trial and pre-trial litigation could not occur in this case because the defendant's new counsel was just appointed to the case. Therefore, pursuant to Sections 3161(h)(8)(A) & (B)(iv), the Court finds that the interests of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial within the meaning of the Act and the Court excludes the time between September 29, 2006, and March 23, 2007.

DATED: _____        _____
                              EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE