IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0019 (ESH) |
| ) | |
| AKUBE NDOROMO, ) | |
| ) | |
| Defendant. ) | |

### EX PARTE MOTION FOR LEAVE
### TO HIRE INVESTIGATOR

Akube Ndoromo, through undersigned counsel, and pursuant to 18 U.S.C. 3006A, respectfully requests leave to hire an investigator in this case, and as grounds for the Motion, shows the court the following:

1. Mr. Ndoromo is charged in a several-count indictment with health care fraud, money laundering and in a forfeiture count wherein the government is seeking forfeiture of nearly over million dollars in property and money.

2. Mr. Ndoromo has been declared indigent and undersigned counsel was appointed by the court pursuant to the Criminal Justice Act.

3. The services of an investigator are essential to the defense of this case. The government claims that a transportation business operated by Mr. Ndoromo filed claims for reimbursement from the District of Columbia for transportation services that were not actually rendered, that Mr. Ndoromo competed improperly with other transportation services to garner more than his share of the transportation business for patients for which the District of Columbia would pay transportation providers, and that Mr. Ndoromo transported patients for whom the

District of Columbia had not authorized transportation services.

4. It is essential that an investigator interview witnesses that the government will call to testify to the charges in the indictment. It is also essential that an investigator interview clients transported for medical appointments by Mr. Ndoromo's transportation business. It is necessary to interview officials of the medicaid program about Mr. Ndoromo's performance. It is necessary for an investigator to interview medical services providers to determine whether Mr. Ndoromo transported patients to appointments with these providers.

5. Counsel anticipates that at least one hundred (100) hours of investigation will be required to prepare this case for trial.

WHEREFORE, Mr. Ndoromo respectfully requests that the court permit him to hire an investigator to perform one hundred (100) hours of investigation.

Respectfully submitted,

/s/_____
Reita Pendry
Counsel for Akube Ndoromo
D. C. Bar #327775
Post Office Box 5432
Charlotte, NC 28299
704-532-6232
704-537-7536 facsimile
Rpendry@bellsouth.net