IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0019 (ESH) |
| ) | |
| AKUBE NDOROMO, ) | |
| ) | |
| Defendant. ) | |

### EX PARTE MOTION FOR LEAVE
### TO OBTAIN PARALEGAL SERVICES

Akube Ndoromo, through undersigned counsel, and pursuant to 18 U.S.C. 3006A, respectfully requests leave to obtain paralegal services in this case, and as grounds for the Motion, shows the court the following:

1. Mr. Ndoromo is charged in a several-count indictment with health care fraud, money laundering and in a forfeiture count wherein the government is seeking forfeiture of nearly over million dollars in property and money.

2. Mr. Ndoromo has been declared indigent and undersigned counsel was appointed by the court pursuant to the Criminal Justice Act.

3. The services of a paralegal are essential to the defense of this case. The government provided discovery to defense counsel, consisting of thousands of documents which reflect claims filed by Mr. Ndoromo's transportation business for transporting clients of the District of Columbia to and from medical appointments, authorization for the transportation of the clients, remittances to Mr. Ndoromo for transportation services, and in some limited instances, trip records prepared by Mr. Ndoromo's drivers.

4. It is essential that a these documents be reviewed and summarized.

5. It will be much more cost effective for counsel to obtain paralegal services to review and summarize the documents than for the court to reimburse counsel for the work.

6. Counsel anticipates that 120 hours will be required to review and summarize the documents provided in discovery.

WHEREFORE, Mr. Ndoromo respectfully requests that the court permit him to obtain paralegal services of one hundred twenty (120) hours to review and summarize documents provided to counsel during discovery.

                           Respectfully submitted,

                           /s/_____
                           Reita Pendry
                           Counsel for Akube Ndoromo
                           D. C. Bar #327775
                           Post Office Box 5432
                           Charlotte, NC 28299
                           704-532-6232
                           704-537-7536 facsimile
                           Rpendry@bellsouth.net