IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Cr. No. 06-0019 (ESH) |
| ) | |
| **AKUBE NDOROMO,**   ) | |
| ) | |
| **Defendant.**   ) | |

**O R D E R**

Upon the *ex parte* motion of defendant Akube Ndoromo for leave to hire an investigator, and it appearing to the court that good cause has been shown for the granting of the motion, IT IS HEREBY ORDERED that counsel for Akube Ndoromo be permitted to obtain the services of an investigator for one hundred (100) hours of investigation in this case.

This the _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE