IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0019 (ESH) |
| ) | |
| AKUBE NDOROMO, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO TREAT MOTIONS AS CONCEDED**

Akube Ndoromo, through undersigned counsel, moves this court to treat as conceded his Motion to Dismiss Indictment, Motion to Suppress Statements and Motion to Suppress Physical Evidence.  As grounds for this Motion, Ndoromo shows the court:

1. On November 14, 2006, defendant Ndoromo filed the above-listed motions, pursuant to Order of this court that all motions by either party be filed on or before November 14, 2006.

2. The government filed no motions.

3. Pursuant to the court's Order, responses to filed motions were due on or before December 16, 2006.

4. The government has not responded to defendant Ndoromo's motions.

5. The government has not sought any extensions of time within which to respond to defendant Ndoromo's motions.

WHEREFORE, defendant Ndoromo respectfully moves the court to treat all motions filed by him on November 14, 2006 as conceded.  Defendant Ndoromo further moves the court to enter the Orders which were filed with the motions, granting the relief requested therein.

Respectfully submitted,

/s/_____
Reita Pendry
DC Bar # 327775
Attorney for Akube Ndoromo
Post Office Box 5432
Charlotte, NC 28299
704-532-6232
704-537-7536 facsimile
rpendry@bellsouth.net

**CERTIFICATE OF SERVICE**

    I, Reita Pendry, do hereby certify that I have this day served upon counsel for the United States a copy of the foregoing Motion to Concede, by electronic mail, and by mailing a copy to him, postage prepaid, addressed to: Roy L. Austin, Esq., Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20053, this the 8th day of January, 2007.

/s/_____
Reita Pendry