# ATTACHMENT 2

Warning and Waiver of Rights Form



**U.S. Postal Inspection Service**
**WARNING AND WAIVER OF RIGHTS**

Place: 3636 16th St. NW #B1235
Washington, DC 20010

Date: 12/22/04   Time: 8:00 AM

## WARNING

BEFORE YOU ARE ASKED ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS.

- You have a right to remain silent.
- Anything you say can be used against you in court.
- You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
- If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
- If you decide to answer questions now without a lawyer present, you will still have the right to stop answering questions at any time. You have the right to stop answering questions at any time until you talk to a lawyer.

I have read this statement of my rights (This statement of my rights has been read to me) and I understand what my rights are.

_12/22/04_   _8:03 AM_   _[signature]_
(Date)       (Time)       (Signature)

## WAIVER

I am willing to discuss subjects presented and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

_12/22/04_   _8:04_   _[signature]_
(Date)       (Time)       (Signature)

Witnessed by: _[signature]_   12/22/04
Title: Special Agent   8:04 AM

Witnessed by: Brian J. Evans   12/22/04
Title: Postal Inspector   8:04 AM

IS Form **1067** November 2002 (20260-3117)

GEN-000007