IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-0019 (EGS) |
| | ) | Motions Hearing March 16, 2007 |
| AKUBE NDOROMO, | ) | Trial March 23, 2007 |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO STRIKE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTIONS

Akube Ndoromo, through undersigned counsel, respectfully moves this court to strike the government's Opposition to Defendant's Motions to Suppress Statements, To Suppress Physical Evidence and To Dismiss Indictment and Points and Authorities in Support Thereof. As grounds for his Motion, defendant shows the court:

1. Following a status hearing on September 29, 2006, this court established a motions schedule by which motions were due to be filed on or before November 14, 2006. Responses to any motions filed by either party were due to be filed on or before December 16, 2006.

2. The government did not file its response, styled an Opposition to defendant's motions, by the established deadline of December 16, 2006. Nor did the government seek an extension of time within which to file its response. Rather, the government filed its response on January 16, 2007. The filing was accompanied by a brief request for leave to late file, in which the government represented only that it failed to note the deadline for the opposition. The deadline was set by an Order of this court which was served on all counsel. No explanation is offered for why counsel was not aware of the deadline for filing. There is no explanation for the

government's failure to take the appropriate steps to assure its compliance with the court's Order.

WHEREFORE, because of the government's failure to file in compliance with the court's order, and its untimely filing of its Opposition, the pleading should be stricken. Defendant's Motion to Treat Motions as Conceded, filed on January 8, 2007, should be granted.

Respectfully submitted, this 14th day of February, 2007.

/s/_____
Reita Pendry
D.C. Bar #327775
Appointed Counsel for Akube Ndoromo
Post Office Box 480
Greenbelt, MD 20768
301-345-2328
301-345-2393 Facsimile
Rpendry@bellsouth.net

**CERTIFICATE OF SERVICE**

I, Reita Pendry, do hereby certify that I have this day served a copy of the foregoing Motion to Strike Government's Opposition to Defendant's Motions upon counsel for the United States by depositing a copy of same in the United States mail, postage prepaid, addressed to: Roy L. Austin, Jr., Esq., Office of the United States Attorney, Fraud & Public Corruption Section, 555 4th Street, NW, Washington, DC 20530, and by electronic service. This the 14th day of February, 2007.

/s/_____
Reita Pendry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-0019 (EGS) |
| | ) | |
| AKUBE NDOROMO, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This cause coming on upon defendant Ndoromo's Motion to Strike the Government's Opposition to his Motion to Suppress Statements, Motion to Suppress Physical Evidence and Motion to Dismiss Indictment, and Points and Authorities in Support Thereof, and it appearing that good cause exists for the granting of the Motion to Strike, IT IS HEREBY ORDERED that the Government's Opposition is stricken.

This the ___ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE