UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Cr. No. 06-0019 (EGS) |
| v. : | |
| : | Status: March 21, 2007 |
| AKUIBER NDOROMO JAMES : | |
| : | Trial: March 23, 2007 |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice of its intent to introduce evidence pursuant to Federal Rule of Evidence 902(11).

**BACKGROUND**

The Federal Rules of Evidence allow for certain, qualifying business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity or laying a foundation as to documents' status as business records. The Rules do this through the interaction of Federal Rule of Evidence 806(3), which provides a hearsay exception for business records, and Federal Rule of Evidence 902(11), which admits such business records into evidence as self-authenticating without foundation testimony at trial so long as a record's custodian completes a declaration that complies with the Rule. Thus, the Rule provides:

Rule 902.    Self-Authentication

> Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:
>
> \* \* \*
>
> (11) Certified Domestic Records of Regularly Conducted Activity. –The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record–
>
>> (A)  was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
>> (B)  was kept in the course of the regularly conducted activity; and
>> ©  was made by the regularly conducted activity as a regular practice.
>
> A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Fed. R. Evid. 902(11); id. Advisory Comm. Note to 2000 Amendments ("The amendment adds two new paragraphs to the rule on self-authentication. It sets forth a procedure by which parties can authenticate certain records of regularly conducted activities, other than through the testimony of a foundational witness."). Thus, the drafter to the 2000 amendment to Federal Rule 803(b) noted:

> "The amendment provides that the foundation requirements of Rule 803(6) can be satisfied under certain circumstances without the expense of producing time-consuming foundation witnesses. Protections are provided by the authentication requirements of Rule 902(11) for domestic records . . ."

Fed. R. 803(6), Advisory Comm. Note to 2000 Amendments (citation omitted).

## NOTICE

Pursuant to Rule 902(11), the government hereby gives written notice of its intent to introduce evidence consisting of business records from the following entities:

| Num | Bank | Description | Account # | Date Range |
| --- | --- | --- | --- | --- |
| 1 | Bank of America | cd - statements | 91000015573214 | 9.15.04 - 12.29.04 |
| 2 | Bank of America | cd - credits | 91000015573214 | 9.15.04 - 12.29.04 |
| 3 | Bank of America | cd - debits | 91000015573214 | 9.15.04 - 12.29.04 |
| 4 | Bank of America | cd - statements | 91000006652911 | 4.21.03 - 12.29.04 |
| 5 | Bank of America | cd - credits | 91000006652911 | 4.21.03 - 12.29.04 |
| 6 | Bank of America | cd - debits | 91000006652911 | 4.21.03 - 12.29.04 |
| 7 | Bank of America | cd - statements | 91000006580436 | 1.16.02 - 12.29.04 |
| 8 | Bank of America | statements | 00192219813 | 4.1.03 - 6.30.03 |
| 9 | Bank of America | signature card | 001923155727 | |
| 10 | Bank of America | statements | 001923155727 | 1.1.03 - 6.30.05 |
| 11 | Bank of America | debits | 001923155727 | 1.1.03 - 6.30.05 |
| 12 | Bank of America | credits | 001923155727 | 1.1.03 - 6.30.05 |
| 13 | Bank of America | statements | 001920677376 | 1.1.02 - 5.10.05 |
| 14 | Bank of America | debits | 001920677376 | 1.1.02 - 6.30.05 |
| 15 | Bank of America | credits | 001920677376 | 1.1.02 - 6.30.05 |
| 16 | Citibank | business money market | 0016196821 | 6.6.03 - 12.5.04 |
| 17 | Citibank | savings | 6737246044 | 2.5.02 - 7.5.05 |
| 18 | Citibank | checking | 6737691961 | 5.13.03 - 4.11.05 |

All of the documents described above were produced to the defendant on May 9, 2006, giving the defendant ample time to resolve any questions he may have had about the authenticity or accuracy of the documents. Moreover, all of the documents described above consist of the defendant's own financial records; and thus he is in a uniquely well-qualified position to know that the documents produced by the government were in fact authentic. The government is obtaining the declarations for above accounts 9, 16, 17 and 18 and is obtaining declarations for the full date range

for accounts 10 thru 15. The government fully expects that these declarations will be provided to the defendant before the government seeks to have the bank accounts admitted into evidence. Attached to this filing are copies of the declarations previously provided to the defendant.

Accordingly, the government respectfully requests, pursuant to this Notice, that the defendant inform the government by the Pretrial Conference on March 21, 2007, of any challenges he has to the admission under Rule 902(11) of any of the documents in the above chart.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
BY:   ROY L. AUSTIN, JR.
Assistant United States Attorney
CA Bar - 211491
Fraud & Public Corruption Section
555 4th St., NW
Washington, D.C. 20530
(202) 353-9458

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by electronic filing and e-mail upon counsel for the defendant, Reita Pendry, P.O. Box 480, Greenbelt, MD 20768, on this ___ day of March 2007.

_____
Assistant United States Attorney