**Court Case Number:**
**Court or Issuer:**     Robert Bowman, AUSA
**Court Case Name/Style: In the matter of Akube Wuromoni Ndoromo et. al.**

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared
MiMi Domville,
Who, being duly sworn by me, deposed as follows:

1.) **Authority.** I am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N. A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth, by a person with knowledge of those matters;
   b.) Were made and kept in the course of the regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by Bank of America, N.A. as a regular practice, at or about the time of the act, condition, or event recorded.

   **Additional Comments:**
   These records include:

   - Debits for account number 001920677376 in the name of The Voice Social Concern Assoc., Inc. from October 01, 2004 through June 30, 2005.

   - Credits for account number 001920677376 in the name of The Voice Social Concern Assoc., Inc. from October 01, 2004 through June 30, 2005.

3.) **Production.**     *(Select One)*
   __X__ The records produced herewith (together with any banking records produced by Bank of America, N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request, order, or subpoena (or a complete production under the terms of the subject request, order, or subpoena as subsequently limited by the issuer).
   **OR**
   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Date: **July 25, 2005**     Signature: *M. Domville*

The above-named Bank of America, N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed to the within document and acknowledged to me that he/she executed the same for the purposes stated therein.
   __X__ Signer is personally known to me.
   _____ Signer has produced the following identification:   _____

In witness thereof I have set my hand and official seal this 25 day of July, 2005.

Signature of Notary Public in and for
State of Florida
City of Ft. Lauderdale
County of (if applicable) Broward
My Commission Expires  5/17/09

STACEY D. COSGROVE
Notary Public, State of Florida
My comm. expires May 17, 2009
No. DD 430703

Document2

BK-BOA76-000003
BK-BOA76-000003

**Court Case Number:**
**Court or Issuer:**        Robert Bowman, AUSA
**Court Case Name/Style: In the matter of Akube Wuromoni Ndoromo et. al.**

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared
MiMi Domville,
Who, being duly sworn by me, deposed as follows:

1.) **Authority.** I am a duly authorized bank officer and/or custodian of the records of Bank of America, N.A. with authority to certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N. A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth, by a person with knowledge of those matters;
   b.) Were made and kept in the course of the regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by Bank of America, N.A. as a regular practice, at or about the time of the act, condition, or event recorded.

**Additional Comments:**
These records include:

- Statements for certificate of deposit account number 910000155573214 in the name of The Voice of Social Concern Assoc., Inc. from September 15, 2004 through December 29, 2004.

- Credits for certificate of deposit account number 910000155573214 in the name of The Voice of Social Concern Assoc., Inc. from September 15, 2004 through December 29, 2004.

- Debits for certificate of deposit account number 910000155573214 in the name of The Voice of Social Concern Assoc., Inc. from September 15, 2004 through December 29, 2004.

- Statements for certificate of deposit account number 91000006652911 in the name of The Voice of Social Concern Assoc., Inc. from April 21, 2003 through December 29, 2004.

- Credits for certificate of deposit account number 91000006652911 in the name of The Voice of Social Concern Assoc., Inc. from April 21, 2003 through December 29, 2004.

- Debits for certificate of deposit account number 91000006652911 in the name of The Voice of Social Concern Assoc., Inc. from April 21, 2003 through December 29, 2004.

- Statements for certificate of deposit account number 91000006580436 in the name of The Voice of Social Concern Assoc., Inc. from January 16, 2002 through December 29, 2004.

- Signature card for account number 001923155727 in the name of Akube Wuromoni Ndoromo.

- Statements for account number 001923155727 in the name of Akube Wuromoni Ndoromo from October 01, 2004 through June 30, 2005.

- Debits for account number 001923155727 in the name of Akube Wuromoni Ndoromo from October 01, 2004 through June 30, 2005.

- Credits for account number 001923155727 in the name of Akube Wuromoni Ndoromo from October 01, 2004 through June 30, 2005.

- Statements for account number 001920677376 in the name of The Voice of Social Concern Assoc., Inc. from October 01, 2004 through May 10, 2005.

3.) **Production.**    *(Select One)*
   _X_ The records produced herewith (together with any banking records produced by Bank of America, N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request, order, or subpoena (or a complete production under the terms of the subject request, order, or subpoena as subsequently limited by the issuer).

OR

   _____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

Date: **July 20, 2005**    Signature: M. Domville

The above-named Bank of America, N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed to the within document and acknowledged to me that he/she executed the same for the purposes stated therein.
   _X_ Signer is personally known to me.
   _____ Signer has produced the following identification: _____

In witness thereof I have set my hand and official seal this _20_ day of _July_ _2005_.

[Signature: Kalpaki]

Signature of Notary Public in and for
State of _Florida_
City of _Ft. Lauderdale_
County of (if applicable) _Broward_
My Commission Expires _____

D. KALPAKIAN
Notary Public, State of Florida
My comm. expires Aug 6 2007
No. DD 239379

Document1

BK-BOA76-000007
BK-BOA76-000007