UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Cr. No. 06-0019  (EGS) |
| v. | : | |
| | : | |
| | : | |
| **AKUIBER NDOROMO JAMES** | : | |
| | : | Trial: March 23, 2007 |
| Defendant. | : | |
| | : | |
| | : | |

**GOVERNMENT'S PROPOSED VOIR DIRE**

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests that the Court ask the following additional questions during its voir dire.

1) This case concerns an alleged financial crime.  As such, this case will involve the presentation of financial information in the form of testimony and charts.  Are there any of you who would have difficulty with this type of evidence?

2) This case involves an allegation that money was wrongfully obtained from Medicaid.  Have you or any close family members ever used medicaid?  If so, have you ever used a Medicaid approved transportation provider?

3) Have you or any close family members had a particularly good or bad experience with Medicaid?

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            _____

BY:   ROY L. AUSTIN, JR.
        Assistant United States Attorney
        CA Bar - 211491
        Fraud & Public Corruption Section
        555 4th St., NW
        Washington, D.C. 20530
        (202) 353-9458

### **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by electronic filing and e-mail upon counsel for the defendant, Reita Pendry, P.O. Box 480, Greenbelt, MD 20768, on this ___ day of March 2007.

                                            _____
                                            Assistant United States Attorney