UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-19 (EGS) |
| ) | |
| AKUIBER NDOROMO JAMES, a/k/a ) | |
| AKUBE WUROMONI NDOROMO, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, unanimously find as follows:

**Count 1.**   As to the charge of **Health Care Fraud**, between in or about January 2002 and continuing through in or about December 2004, we find the defendant **Akube Ndoromo**:

_____          \_\_\_\_\_✓_____
Not Guilty                                     Guilty

**Count 6.**   As to the charge of **False Statements Related to Health Care Matters**, on or about February 19, 2004, we find the defendant, **Akube Ndoromo**:

_____          \_\_\_\_\_✓_____
Not Guilty                                     Guilty

1

**Count 7.**  As to the charge of **False Statements Related to Health Care Matters**, on or about February 19, 2004, we find the defendant, **Akube Ndoromo**:

_____          ____✓_____
Not Guilty                              Guilty

**Count 8.**  As to the charge of **False Statements Related to Health Care Matters**, on or about March 4, 2004, we find the defendant, **Akube Ndoromo**:

_____          ____✓_____
Not Guilty                              Guilty

**Count 9.**  As to the charge of **False Statements Related to Health Care Matters**, on or about April 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ____✓_____
Not Guilty                              Guilty

**Count 10.**  As to the charge of **False Statements Related to Health Care Matters**, on or about April 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ____✓_____
Not Guilty                              Guilty

Count 11.   As to the charge of **False Statements Related to Health Care Matters**, on or about April 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ✓
Not Guilty          _____
                    Guilty

Count 12.   As to the charge of **False Statements Related to Health Care Matters**, on or about April 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ✓
Not Guilty          _____
                    Guilty

Count 13.   As to the charge of **False Statements Related to Health Care Matters**, on or about July 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ✓
Not Guilty          _____
                    Guilty

Count 14.   As to the charge of **False Statements Related to Health Care Matters**, on or about July 8, 2004, we find the defendant, **Akube Ndoromo**:

_____          ✓
Not Guilty          _____
                    Guilty

**Count 15.**   As to the charge of **False Statements Related to Health Care Matters**, on or about July 8, 2004, we find the defendant, **Akube Ndoromo**:

_____                              ✓
Not Guilty                              _____
                                        Guilty

**Count 16.**   As to the charge of **False Statements Related to Health Care Matters**, on or about July 8, 2004, we find the defendant, **Akube Ndoromo**:

_____                              ✓
Not Guilty                              _____
                                        Guilty

**Count 19.**   As to the charge of **Money Laundering**, on or about January 16, 2002, we find the defendant, **Akube Ndoromo**:

_____                              ✓
Not Guilty                              _____
                                        Guilty

**Count 20.**   As to the charge of **Money Laundering**, on or about April 21, 2003, we find the defendant, **Akube Ndoromo**:

_____                              ✓
Not Guilty                              _____
                                        Guilty

**Count 21.**   As to the charge of **Money Laundering**, on or about May 24, 2003, we find the defendant, **Akube Ndoromo**:

_____                              ✓
Not Guilty                              _____
                                        Guilty

**Count 22.**   As to the charge of **Money Laundering**, on or about July 3, 2003, we find the defendant, **Akube Ndoromo**:

_____                    _____✓_____
Not Guilty                                Guilty

**Count 23.**   As to the charge of **Money Laundering**, on or about September 15, 2003, we find the defendant, **Akube Ndoromo**:

_____                    _____✓_____
Not Guilty                                Guilty

**Count 24.**   As to the charge of **Money Laundering**, on or about September 15, 2003, we find the defendant, **Akube Ndoromo**:

_____                    _____✓_____
Not Guilty                                Guilty

**Count 25.**   As to the charge of **Money Laundering**, on or about April 2, 2004, we find the defendant, **Akube Ndoromo**:

_____                    _____✓_____
Not Guilty                                Guilty

**Count 26.**   As to the charge of **Money Laundering**, on or about August 2, 2004, we find the defendant, **Akube Ndoromo**:

_____       ✓ _____
Not Guilty                          Guilty

<u>3/30/07</u>                           _____
DATE                                FOREPERSON