**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

MAR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
UNITED STATES OF AMERICA        )
                                )
              v.                )   Criminal No. 06-19 (EGS)
                                )
   Akibur Ndorono James         )
                                )
              Defendant.        )
                                )
```

## O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house *Akibur Ndorono James* _____ at Central Treatment Facility until further Order of this Court.

3/30/07
**DATE**

EMMET G. SULLIVAN
**UNITED STATES DISTRICT JUDGE**