**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

vs.                                            Criminal No. 06-19

AKIUBER JAMES
    Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **MAY 25, 2007**; defendant's memorandum lf law, if any shall be filed by no later than **JUNE 1, 2007**; the Government's memorandum of law, if any shall be filed by no later than **JUNE 8, 2007**, a reply, if any shall be filed by no later than **JUNE 15, 2007**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **JUNE 22, 2007 AT 12:00 P.M.**

    IT IS SO ORDERED.

    DATE: April 2, 2007    EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE