UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-19 (EGS) |
| ) | |
| AKUIBER NDOROMO JAMES, a/k/a ) | |
| AKUBE WUROMONI NDOROMO, ) | |
| ) | |
| Defendant. ) | |

**FILED**

APR - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SPECIAL VERDICT**

We, the jury, return the following special verdict:

**COUNT ONE:**

We, the jury, unanimously find, by a preponderance of the evidence, that $1,856,812.71 represents the sum of money constituting, or derived from, proceeds traceable to the health care fraud offense charged in Count One.

YES ___✓___

NO _____

Only if you answer "NO" above, fill in the statement below with the amount you find.

We, the jury, unanimously find, by a preponderance of the evidence, that $_____ represents the sum of money constituting, or derived from, proceeds traceable to the health care fraud offense charged in Count One.

1

We, the jury, unanimously find, by a preponderance of the evidence, that the following property represents the property constituting, or derived from, proceeds traceable to the health care fraud offense charged in Count One:

(a) one dark blue/green 2004 Land Rover Discovery II, sport utility vehicle, bearing vehicle identification number SALTR19434A829815 and tag CB2367, registered in the name of Akube Ndoromo

YES ✓

NO _____

(b) one blue 2001 Chevrolet 3500 Express van, bearing vehicle identification number 1GAHG39R211120100 and tag B40149, registered in the name of Akube Ndoromo.

YES ✓

NO _____

**COUNTS NINETEEN THROUGH TWENTY-SIX:**

We, the jury, unanimously find, by a preponderance of the evidence, that $1,856,812.71 represents the sum of money that was involved in the money laundering offense, or traceable to property involved in the money laundering offense charged in Counts Nineteen though Twenty-Six.

YES ✓

NO _____

Only if you answer "NO" above, fill in the statement below with the amount you find.

We, the jury, unanimously find, by a preponderance of the evidence, that $_____ represents the sum of money that was involved in the money laundering offense, or traceable to property involved in the money laundering offense charged in Counts Nineteen though Twenty-Six.

We, the jury, unanimously find, by a preponderance of the evidence, that the following property was involved in the money laundering offense, or traceable to property involved in the money laundering offense charged in Counts Nineteen though Twenty-Six:

(a) one dark blue/green 2004 Land Rover Discovery II, sport utility vehicle, bearing vehicle identification number SALTR19434A829815 and tag CB2367, registered in the name of Akube Ndoromo

YES  ✓

NO  _____

(b) one blue 2001 Chevrolet 3500 Express van, bearing vehicle identification number 1GAHG39R211120100 and tag B40149, registered in the name of Akube Ndoromo.

YES  ✓

NO  _____

4/2/07
DATE                                                    _____
                                                              FOREPERSON

3