IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )   )   v. ) Cr. No. 06-0019 (EGS)   ) AKUBE NDOROMO, )   ) Defendant. ) | |

**MOTION FOR FURTHER EXTENSION OF TIME
WITHIN WHICH TO FILE MOTION FOR NEW TRIAL**

Akube Ndoromo, through undersigned counsel, respectfully moves the court to grant a further extension of time within which to file a Motion for New Trial in the instant case, and as grounds for the Motion, shows the court:

1. On March 30, 2007, Mr. Ndoromo was convicted of health care fraud, making false statements regarding health care, and money laundering. On that same date, pursuant to a request by undersigned counsel, the court extended the time for filing a Motion for New Trial until April 30, 2007.

2. Counsel is investigating several possible grounds for a Motion for New Trial. The investigator who has assisted counsel in this case has been engaged in work on other cases and has not been able to complete the investigation counsel requested him to do. Counsel needs additional time to complete the necessary investigation and prepare a Motion for New Trial for filing in this case.

3. Counsel contacted Roy Austin, Esq., the Assistant United States Attorney assigned to this case, and he advised counsel that he opposes any request for an extension of time within which to prepare and file a Motion for New Trial.

4. Nevertheless, counsel believes it is in the interests of her client and the efficient administration of justice that she have an additional 30 days within which to investigate grounds for a Motion for New Trial, and prepare the Motion for filing. Counsel believes that issues which may be raised in the Motion for New Trial, if the court finds them to be meritorious, need to be resolved before proceeding to sentencing in this case.

WHEREFORE, counsel respectfully requests that she have until May 30, 2007, for the filing of any Motion for New Trial in this case.

Respectfully submitted,

/s/_____
Reita Pendry
DC Bar # 327775
Attorney for Akube Ndoromo
Post Office Box 5432
Charlotte, NC 28299
704-532-6232
704-537-7536 facsimile
rpendry@bellsouth.net

### CERTIFICATE OF SERVICE

I, Reita Pendry, do hereby certify that I have this day served upon counsel for the United States a copy of the foregoing Motion for Further Extension of Time by electronic mail, and by mailing a copy to him, postage prepaid, addressed to: Roy L. Austin, Esq., Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20053, this the 25th day of April, 2007.

/s/_____
Reita Pendry

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No. 06-0019 (EGS) |
| ) | |
| AKUBE NDOROMO,   ) | |
| ) | |
| Defendant.   ) | |

**O R D E R**

Upon the Motion of Akube Ndoromo for a further extension of time within which to file a Motion for New Trial in this case, and it appearing that good cause has been shown for the granting of the Motion, IT IS HEREBY ORDERED that counsel for Mr. Ndoromo have up to and including May 30, 2007 for the filing of a Motion for New Trial.

This the ___ day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE