UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>AKUIBER NDOROMO JAMES, a/k/a/ )<br>AKUBE WUROMONI NDOROMO )<br>)<br>Defendant. ) | Crim. Action No. 06-19 (EGS) |

### ORDER

Pursuant to the telephone conference held on April 27, 2007, it is hereby

**ORDERED** that defendant's motion for extension of time within which to file his motion for a new trial is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's motion for a new trial shall be filed no later than **June 14, 2007**; government's response shall be filed no later than **July 16, 2007**; defendant's reply, if any, shall be filed no later than **July 26, 2007**; and it is

**FURTHER ORDERED** that a hearing on the motion for a new trial is scheduled for **August 1, 2007 at 10:00 a.m.**; and it is

**FURTHER ORDERED** that the sentencing currently scheduled for **June 22, 2007 at 12:00 p.m.** is **VACATED** and it is **RESCHEDULED** to **August 8, 2007 at 2:00 p.m.**

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          April 27, 2007