## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Crim. No. 06-0019 (EGS)** |
| ) | |
| **AKIUBER NDOROMO JAMES,   et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States, by and through its attorney, the United States Attorney in and for the

District of Columbia, submits this Notice of Substitution of Counsel and Appearance.  Please enter

the appearance of Assistant United States Attorney Susan B. Menzer, Bar Number 421007,

telephone number (202) 514-6968, as lead attorney in the above reference matter.  Assistant United

States Attorney Susan B. Menzer will substitute for Assistant United States Attorney Roy L. Austin,

Jr. in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

BY:        /s/
            Susan B. Menzer
            Assistant United States Attorney
            Bar No. 421007
            555 4th Street, N.W., Room 5834
            Washington, D.C.  20530
            (202) 514-6968
DATED: May 31, 2007        (202) 307-2304 (fax)