UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
June 01, 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
V. ) Criminal No. 06-19 (EGS)
)
AKUBE WUROMONI NDOROMO )

**MOTION TO RELIEF COUNSEL**

THE Delaying in filing these motions comes from defense attorney Reita Pendry. The defense attorney told Mr. Ndoromo on March 30, 2007 that she will file the motions to dismiss the indictment and prosecutor's misconduct within seven days.

On April 2, 2007 the defense attorney request for more time to April 30, 2007. on April 5, 2007 the defense attorney visited the defendant in the jail, and ask for more information incase of retrial. The defense attorney visited the defendant for the second time and she told Mr. Ndoromo she will be out of the town for ten days. And mr. Ndoromo ask ten days will be April 30, 2007. what about dateline of our motions? She answer that she will ask for more time on April 27, 2007, the defense attorney called Mr. Ndoromo's sister Prisca Martin and told her that she file the Motions. On April 30, 2007 the defense attorney called the other sister of Mr. Ndoromo Nora Isaac and leave a massage that she filed for extension of time. On May 5, 2007 the defense attorney visited Mr. Ndoromo in Jail and told him that she filed for extension of time. Furthermore the defense attorney inform the defendant that she mailed the copies of extension to the defendant, but the defendant never received any mail until now. The defendant ask the defense attorney why she is not answering her phone. Her answer was it was called in wrong time until today she doesn't pick up calls coming from the defendant. On May 7, 2007 the defendants

RECEIVED
MAY 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copies to: Judge Sullivan
FPD David Bos
AUSA Susan Beth Menzer

sister Prisca Martin called the defense attorney and ask her why the defendant is still in Jail? Her answer was, she is going to leave Mr. Ndoromo in Jail until sentence day, if Mr. Ndoromo want let he accept go home in probation.

So the entire delay caused by the defense attorney tactics. The defendant at this time has no defense attorney. Because the former defense attorney has left the defendant without notice, may be due to her own conflict of interest.

The defendant will pray to court that if this matter is not dismiss based on the two motions or any issue that the defendant still need an attorney. The request is attorneys from Georgetown University School of Law Public defense phone No. 202-662-9575 or 202-662-9681.

The other motions are to dismiss the indictment and the mistrial due to prosecutor misconduct. The defendant at this time has no defense attorney and has left all the request to the court to decide.

*[signature]* 05/15/07

NOTARY PUBLIC.

*[signature]* Shame'ka C. Bivens 5/15/07           Pro Se

SHAME'KA C. BIVENS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Akube Wuromoni Ndoromo

Or
Akube James
CCA/CTF

DC #309364  
1901 E Street SE  
Washington, DC 20003

I satisfy under penalty of perjury that for going motion is true to the best of my knowledge.