UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. Action No. 06-19 (EGS) |
| ) | |
| AKUIBER NDOROMO JAMES, a/k/a/ ) | |
| AKUBE WUROMONI NDOROMO ) | |
| ) | |
| Defendant. ) | |

### ORDER

As stated in open court on May 30, 2007, it is by the Court hereby

**ORDERED** that defense attorney Reita Pendry's motion to withdraw as counsel for defendant is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's *pro se* motion to relieve counsel [Dkt. No. 50] is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's *pro se* motion to dismiss the indictment [Dkt. No. 48] is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that defendant's *pro se* motion to dismiss all charges due to prosecutorial misconduct [Dkt. No. 49] is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **June 20, 2007 at 9:45 a.m.**; and it is



**FURTHER ORDERED** that defendant shall have until **September 28, 2007** to file a motion for a new trial and/or any other desired post-trial motions.

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
**United States District Judge**
**June 4, 2007**

Notice to:

Akuiber Ndoromo James, a/k/a
Akube Wuromoni Ndoromo
DCDC # 309364
CCA/CTF
1901 E Street, SE
Washington, DC 20003