UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>AKUIBER NDOROMO JAMES, a/k/a/ )<br>AKUBE WUROMONI NDOROMO )<br>)<br>Defendant. )<br>) | Crim. No. 06-19 (EGS)<br><br>**FILED**<br>JUN 2 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Pursuant to the status hearing held on June 20, 2007, it is by the Court hereby

**ORDERED** that the sentencing currently scheduled for August 8, 2007 is **VACATED** and will be rescheduled at a later date by separate order; and it is

**FURTHER ORDERED** that the United States Probation Office need not finalize the Presentence Investigation Report at this time -- a new schedule for the Presentence Investigation Report and sentencing memorandums will be set at a later date; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **September 5, 2007 at 9:45 a.m.;** and it is

**FURTHER ORDERED** that defendant shall have until **September 28, 2007** to file a motion for a new trial and/or any other desired post-trial motions.

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          June 20, 2007

