### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. Action No. 06-19 (EGS) |
| AKUIBER NDOROMO JAMES, a/k/a/ AKUBE WUROMONI NDOROMO | ) |
| Defendant. | ) |

### ORDER

The Clerk of the Court shall provide a copy of the letter received by Chambers from Mr. Ndoromo to defense attorney Pleasant Brodnax **under seal**. The Clerk shall not send a copy of this letter to the government.

**Signed:** **Emmet G. Sullivan**
**United States District Judge**
**August 6, 2007**