UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Cr. No. 06-019 (EGS) |
| v. : | |
| : | |
| **AKUIBER NDOROMO JAMES,** : | |
| : | |
| **Defendant.** : | |
| : | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant's Motion for Release Pending a Motion for New Trial and/or any other Post-Trial Motion. Defendant has failed to meet his heavy burden under 18 U.S.C. Section 3143, and therefore, his motion should be denied. In support of this opposition, the Government states the following:

### PROCEDURAL BACKGROUND

1.  On March 30, 2007, defendant, an immigrant of Sudanese descent, was convicted of 18 federal violations relating to his scheme to defraud the District of Columbia's Medicaid program, including Health Care Fraud (18 U.S.C. §1347), Making False Statements Regarding Health Care Matters (18 U.S.C. §1035(a)(2)), and Money Laundering (18 U.S.C. §1957). Based upon these convictions, the Court could sentence defendant to 145 years in prison.

2.  Immediately following the jury's verdict and upon the Government's oral motion to revoke defendant's release conditions, the Court ordered defendant detained pending sentencing.

3.  On April 2, 2007, the Court scheduled sentencing for June 22, 2007.

4. On April 27, 2007, the Court granted defendant's Motion for an Extension of Time to file post-trial motions. In addition, the Court rescheduled the June 22, 2007, sentencing hearing for August 8, 2007.

5. On June 4, 2007, the Court granted defense counsel Reita Pendry's Motion to Withdraw as counsel.

6. During a June 20, 2007, status hearing, during which defendant was represented by new counsel, Pleasant Brodnax, the Court vacated the August 8, 2007, sentencing hearing. The Court extended the time for defendant to file post-trial motions until September 28, 2007. A new sentencing date was not set, but the Court ordered the parties to appear on September 5, 2007, at 9:45 a.m. for a status hearing.

7. On August 20, 2007, although he is represented by competent counsel, defendant filed this instant motion *pro se.*

## LEGAL ARGUMENT

8. Once a defendant has been found guilty, 18 U.S.C. Section 3143(a)(2) provides that detention should be ordered unless the Court "finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released."

9. Following defendant's conviction, he failed to meet his heavy burden to prove that he was not likely to flee or pose a danger to the community if released.

10. In his most recent motion, defendant has not alleged any additional facts or circumstances that could establish that he is not likely to flee or pose a danger to the community if released.

WHEREFORE, the Government respectfully requests this Court to deny defendant's Motion for Release.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY

                    _____
                    SUSAN B. MENZER
                    Assistant United States Attorney
                    Bar No. 421007