**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. Action No. 06-19 (EGS) |
| | ) |
| AKUIBER NDOROMO JAMES, a/k/a/ | ) |
| AKUBE WUROMONI NDOROMO | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to the status hearing held on September 5, 2007, it is by the Court hereby

**ORDERED** that, for the reasons stated in open court, defendant's *pro se* motion for release pending his motion for a new trial is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that defendant's oral motion to appoint a new attorney is taken under advisement and will be addressed at the next status hearing; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **Wednesday, September 12, 2007 at 12:15 p.m.**

**SO ORDERED**.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **September 7, 2007**