UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )  Crim. Action No. 06-19 (EGS)<br>)<br>AKUIBER NDOROMO JAMES, a/k/a/ )<br>AKUBE WUROMONI NDOROMO         )<br>)<br>    Defendant.                     )<br> | |

### ORDER

Pursuant to the status hearing held on September 12, 2007, it is hereby

**ORDERED** that defendant's oral motion to appoint a new attorney is granted; and it is

**FURTHER ORDERED** that attorney Pleasant Brodnax no longer represents defendant.  Defendant is now represented by Kevin McCants; and it is

**FURTHER ORDERED** that defendant's bond motion shall be filed by no later than **September 26, 2007**.  The government's response shall be filed by no later than **October 3, 2007**.  Defendant's reply, if any, shall be filed by no later than **October 10, 2007**; and it is

**FURTHER ORDERED** that a bond review hearing is scheduled for **October 17, 2007 at 12:00 p.m.**; and it is

**FURTHER ORDERED** that defendant shall have until **December 31, 2007** to file a motion for a new trial and/or any other desired post-trial motions; and it is

**FURTHER ORDERED** that a status hearing is scheduled for **January 10, 2007 at 12:30 p.m.**

SO ORDERED.

Signed:    Emmet G. Sullivan
           United States District Judge
           September 13, 2007