IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| USA | : |
| | : |
| | : CR.# 06-19(EGS) |
| | : |
| **AKUBE WUROMONI NDOROMO** | : |

APPEARANCE

CLERK, please enter my appearance for the defendant, Akube Ndoromo, in this case.

Respectfully submitted,

*/s/ Kevin McCants*

Kevin McCants

Kevin McCants
Bar # 493979
1001 Pennsylvania Avenue
Suite 600
Washington, DC 20004
202.742.6540 (phone)
202.330.5155 (fax)