IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA                                  :
                                     :
                                     : CR.# 06-19(EGS)
                                     :
AKUBE WUROMONI NDOROMO  :

### MOTION FOR BOND REVIEW

Now comes the defendant, Akube Wuromoni Ndoromo, by Counsel, for consideration for pre-sentence release based upon good cause. In the instant matter, defendant is preparing a motion for new trial in this case. New counsel has been presented with over 8 full boxes of materials, and needs his client assistance to properly prepare a motion for a new trial. Courts have held the government may not impede a defendant's ability to defend himself, see *United States v. Watson*, 423 U.S. 411 (1976).

Although the presumption of innocence may have shifted with defendant's jury guilty conviction, defendant still maintains the prospect of a mertious post-trial relief with the basis of the convictions in this case involving "authorization for medicaid transportation reimbursement" for seven Medicaid patients with a total amount of fraud as alleged in the Indictment to be $1914.00.

In addition, defendant occurred no violations while on pretrial release from February, 2006 through March, 2007.

This Court has not found the defendant to be a danger to the community or a flight risk. Defendant had no prior convictions. And the defendant request for release pending post-trial motions is well-grounded in the law pursuant to 18 USC §3143(b) and under settled case case.

This case involved Medicaid Fraud in violation of §1347 as a first-time offender. Under the Federal Sentencing guidelines, the offense level is such that this Honorable Court may sentence him to a period of probation.

For the foregiven reasons, defendant prays for post-trial release.

Respectfully submitted,

Kevin McCants

Kevin McCants
Bar # 493979
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
202.742.6540 (phone)
202.330.5155 (fax)
Kevin.Mccants@washingtondc-legalservices.com (email)

## Certificate of Service

Under penalty of perjury, I, Kevin McCants, attest that a true and correct copy of the attached Motion for Bond Review was forwarded electronically to the assigned AUSA to this case Roy Austin on the 26th day of September, 2007.

_____
Kevin McCants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA                                         :
                                            :
                                            : CR.# 06-19(EGS)
                                            :
AKUBE WUROMONI NDOROMO        :

Order

Based upon the reasons articulated in the defense Motion for Bond Review dated September 26, 2007, the motion is hereby **GRANTED** and the defendant is to be released from the custody of the Attorney General and shall be subject to release conditions set by this Court.

**SO ORDERED.**

_____                          _____
Date                                Emmet Sullivan
                                    US District Court Judge