UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Cr. No. 06-0019 (EGS) |
| **v.** : | |
| **AKUIBER NDOROMO JAMES** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of defendant's Motion for Bond Review government's opposition,

It is this _____ day of October, 2007, hereby ordered that defendant's Motion for Bond Review is **DENIED**.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE