[illegible] 06-19

[illegible]
D.C. CTF JAIL DC # [illegible]
1901 E. ST. SE.
WASHINGTON D.C. 20003

10.9.2007

Leave to file is GRANTED.
EMMET G. SULLIVAN
Judge, U.S. District Court
DATE: 11/9/07

TO: JUDGE EMMET G. SULLIVAN
U.S. DISTRICT COURT [illegible]
WASHINGTON D.C. 20001

FILED
NOV 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEAR SIR

"RELIEF DEFENSE COUNSEL"

THE DEFENDANT REQUEST ON 09/05/2007 TO RETAIN ATTORNEY, KEVIN MCCANTS. WAS GRANTED BY THE COURT AND APPROVED BY THE GOVERNMENT. ON [illegible] DEFENDANT [illegible] ATTORNEY KEVIN MCCANTS BEFORE THE COURT AND GOVERNMENT

HOWEVER ACCORDING TO KEVIN ON [illegible] 2007. HE IS NOT PAID AS IT WAS GRANTED BY THE COURT AND APPROVED BY GOVERNMENT AN AMOUNT OF ONE-THOUSAND DOLLARS TO ENABLE HIM TO BE EFFECTIVE. A DEFENDANT [illegible] REPRESENTATIVE ATTORNEY IN COURT [illegible] THE DEFENSE COUNSEL NEVER VISITED THE DEFENDANT SINCE SEPTEMBER 12 2007 THE DAY HE WAS RETAIN.

THE COMMUNITY [illegible] AND GIVE KEVIN MCCANTS BECAUSE THE COMMUNITY WAS [illegible] [illegible] ARE YOUR COMMUNITY

SOMEBODY WILL STEP UP LIKE KEVIN TO HELP THEIR SON MR. NDORCMO FROM DISCRIMINATORS.

SINCE KEVIN MCCANTS TOOK THAT $500.00 AND THE COURT OR GOVERNMENT REFUSED TO PAY HIM, DISABLES DEFENSE COUNSEL FROM BEING EFFECTIVE AND REASONABLE TO 6th AMENDMENT STANDARD. FOR EXAMPLE, HE ALLOWED REVIEW OF BOND WITHOUT PRE-TRIAL SERVICE REPORT OR REPRESENTATION.

WHENEVER THE DEFENDANT CALLS KEVIN FIRST WILL ASK ABOUT HOW HE WILL GET PAID. SINCE THE DEFENDANT HAS NO MONEY AND KEVIN DOESN'T TALK TO HIM. THE BEST IDEA IS TO RELIEF ATTORNEY KEVIN MCCANTS. SO KEVIN MCCANTS IS RELIEFED FROM HIS REPRESENTATION TO DEFENDANT MR. NDORCMO THIS LETTER FOR THE RECORD THAT, THE DEFENDANT HAS NO DEFENSE COUNSEL.

SINCERELY,

AKURE L. NDORCMO

NB: REQUEST: TRANSCRIPTS FROM 06/16/06 TO 10/24/2007.