IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

USA                                           :
                                              :
                                              : CR.# 06-19(EGS)
                                              :
AKUBE JAMES                                   :

APPEARANCE

CLERK, please enter my appearance for the defendant, Akube Ndoromo, in this case as of December 4, 2007.

Respectfully submitted,

Kevin McCants

Kevin McCants
Bar # 493979
1001 Pennsylvania Avenue
Suite 600
Washington, DC 20004
202.742.6540 (phone)
202.330.5155 (fax)