UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-019 (EGS) |
| | : | |
| v. | : | |
| | : | |
| AKIUBER NDOROMO JAMES, et al. | : | |
| Defendant. | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is currently assigned to Susan B. Menzer as lead counsel. This is a notice that Assistant United States Attorney Ellen Chubin Epstein, Bar Number 442861, telephone number (202) 514-9832, is entering appearance as co-counsel in this same matter on behalf of the United States and respectfully requests that she receive electronic notifications in this matter as well.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
Ellen Chubin Epstein
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5255
Washington, DC 20530
Ellen.Chubin@usdoj.gov