UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:  06-019 (EGS) |
|  | : | |
| v. | : | |
|  | : | |
| AKIUBER NDOROMO JAMES, et al. | : | |
| Defendant. | : | |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RECUSAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby opposes defendant's motion, which was filed in open court on January 10, 2008, asking this Court to recuse itself.  Defendant makes more than a dozen arguments in support of his motion.  However, all of his claims are without any factual or legal basis, and, thus, are without merit.  Wherefore, the government respectfully requests that the defendant's motion for recusal be denied.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

/s/
Ellen Chubin Epstein, DC Bar #442861
Susan B. Menzer, DC Bar #421007
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W., Room 5255
Washington, DC 20530
(202) 514-9832
Ellen.Chubin@usdoj.gov