UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 06-019 (EGS)** |
| | : | |
| 5. | : | |
| | : | |
| **AKIUBER NDOROMO JAMES, et al.** | : | |
| **Defendant.** | : | |

## ORDER

Having considered the defendant's motion for this Court to recuse itself and the government's opposition thereto, it is hereby ORDERED, on this __ day of January, 2008, that the defendant's motion is hereby DENIED.

_____
Emmet G. Sullivan
United States District Judge