**FILED**
MAR -7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06- 19 (EGS) |
| ) | |
| AKIUBER NDOROMO JAMES ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's oral request made in open Court on February 27, 2008, that an attorney be appointed to advise him and assist him in future proceedings, it is by the Court hereby

**ORDERED** that the defendant's request is **GRANTED**; and it is

**FURTHER ORDERED** that attorney Andrea Antonelli, bar number 450238, is appointed as Mr. James' attorney advisor *nunc pro tunc* to March 5, 2008.

**SO ORDERED.**

Signed: **Emmet G. Sullivan**
**United States District Judge**
**March 7, 2008**