# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

_AKUBE W. NDOROMO_

Plaintiff

V.

_UNITED STATES OF AMERICA_

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED**

MAR 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: _06-19 (EGS)_

I, _AKUBE W. NDOROMO_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☒ Yes       ☐ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _CCA/CTF PRISON DISTRICT OF COLUM._

   Are you employed at the institution? _NO_   Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?       ☐ Yes       ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes       ☒ No
   b. Rent payments, interest or dividends                ☐ Yes       ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes       ☒ No
   d. Disability or workers compensation payments         ☐ Yes       ☒ No
   e. Gifts or inheritances                               ☒ Yes       ☐ No
   f. Any other sources                                   ☐ Yes       ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**RECEIVED**

FEB 27 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 240 Reverse (Rev. 10/03)

ONE TIME GIFT FROM A FRIEND BECAUSE SHE VISIT CTF PRISON AND FOUND ME WITHOUT ~~AND~~ LOTION ON MY BODY. SHE SENT TO ME 60 DOLLARS FOR LOTION AND SOAP.

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

5. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   NONE

declare under penalty of perjury that the above information is true and correct.

FEB 21 2008

_____    _____
Date                    Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____  <br> United States Judge          Date | _____  _____  <br> United States Judge          Date |