NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
FROM PENDING ~~WRIT OF HABEAS CORPUS~~ 2255 Motion

OF

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

)

06CR19

Civil Action No 1:08-cv-285 ~~SGS~~ EGS

**FILED**
APR 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AKUBE W. NDOROMO,**          Petitioner,

v.          PETITION FOR REVIEW

**JEFFREY A. TAYLOR**
**SUSAN B. MENZER**
**ELLEN CHUBIN EPSTEIN**
**ROY W. McLEESE,**          Respondents,

**Notice is hereby,** given that Akube W. Ndoromo in above named case hereby Petitioning to the United States Court of Appeals for the Federal Circuit from the District Court for the District of Columbia of pending the ~~Writ of Habeas Corpus~~ 2255 Motion on February 19, 2008.

03/20/2008
Date

**Akube W. Ndoromo**
D.C. D.C. # 309-364
CCA/CTF PRISON OR JAIL
1901 E. Street S.E.
Washington, D.C. 20003