NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

*USA V. JAMES 06-CV-19 (EGS)* (handwritten)

MISCELLANEOUS DOCKET NO. 871

IN RE AKUBE W. NDOROMO,

Petitioner.

**FILED**

APR 0 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On Writ of Mandamus from the United States District Court for the District of Columbia in case no. 06-CR-019, Judge Emmet G. Sullivan.

ON PETITION FOR WRIT OF MANDAMUS

Before MAYER, LINN, and DYK, <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

Akube W. Ndoromo petitions for a writ of mandamus directing Judge Emmet G. Sullivan to recuse himself in a criminal proceeding. Ndoromo also moves for leave to proceed in forma pauperis.

The authority of the court of appeals to issue a writ of mandamus "is restricted by statute to those cases in which the writ is in aid of [appellate] jurisdiction." <u>Roche v. Evaporated Milk Ass'n</u>, 319 U.S. 21, 25 (1943). We are a court of limited jurisdiction, which does not include appeals in criminal cases. <u>See</u> 28 U.S.C. § 1295. Because we would not have jurisdiction over an appeal in this case, we dismiss Ndoromo's petition.

Accordingly,

IT IS ORDERED THAT:

(1)    Ndoromo's petition for writ of mandamus is dismissed for lack of jurisdiction.

(2)    Ndoromo's motion for leave to proceed in forma pauperis is moot.

FOR THE COURT

APR 0 7 2008
_____
Date

_Jan Horbaly_ /t
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 7 2008

JAN HORBALY
CLERK

cc:    Akube W. Ndoromo
       Allison Kidd-Miller, Esq.

s19

Misc. 871

- 2 -