# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-3118**               September Term, 2007

06cr00019-01

**Filed On:**

United States of America,
    Appellee

v.

Akiuber Ndoromo James,
    Appellant



**BEFORE:**   Ginsburg, Tatel and Garland, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda filed by the parties.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's oral ruling denying appellant's motion for release pending sentencing be affirmed.  Appellant has not satisfied the standard for release pending sentencing.  See 18 U.S.C. § 3143(a)(1).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: MaryAnne McMain
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk