UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:  06-019 (EGS)** |
| | : | |
| 5. | : | |
| | : | |
| **AKIUBER NDOROMO JAMES, et al.** | : | |
| **Defendant.** | : | |

**ORDER**

Having considered defendant's September 14, 2007 pro se Motion to Reverse the Conviction Due to Ineffective Attorney and Government's Violations of Sixth Amendment, his pro se motions for the conviction to be vacated and for immediate release under 28 U.S.C. § 2255, filed on February 19, 2008, and March 27, 2008, and his two pro se Petitions for Writ of Mandamus for Immediate Recusal of Judge Emmet G. Sullivan, and the government's consolidated opposition thereto, it is hereby ORDERED, on this __ day of May, 2008, that the defendant's motions are hereby summarily DENIED.

_____
Emmet G. Sullivan
United States District Judge