**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) **Criminal No. 06-0019 (EGS)** |
| **AKIUBER NDOROMO JAMES** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY

The defendant, Akiuber Ndoromo James, through his undersigned attorney-advisor, respectfully requests that the Court grant him a one-week extension of time to file his reply to the government's Opposition.  In support of this motion, the undersigned states:

1.      On February 27, 2008, the Court ordered the government to file any opposition to the defendant's post-trial motions by May 9, 2008.   The Court ordered the defendant to file any reply by May 23, 2008.  A hearing is set for June 18, 2008.

2.      On March 7, 2008, the Court issued an Order appointing the undersigned as defendant's attorney-advisor.   Since that time, the defendant has been filing motions by mailing them directly to the Court from the Central Treatment Facility (CTF).  The Clerk's Office has been mailing any Court orders directly to the defendant at CTF.

3.      On May 9, 2008, the government filed a lengthy Memorandum in Opposition to the defendant's post-trial motions.  (*See* ECF #89).

4.      On May 19, 2008, the undersigned learned that the defendant had not received a copy of the government's motion.  Counsel provided the defendant with a copy of the motion.  The defendant indicated, however, that he would not be able to file a reply by

the May 23 filing deadline.  The defendant asked that the undersigned file this motion on his behalf requesting a one-week extension of time to file.

5.    The undersigned contacted Assistant United States Attorney Ellen Chubin Epstein regarding the defendant's request for an extension of time.  Ms. Epstein stated that she would not oppose a one-week extension to file the reply.

6.    This motion should be granted in the interests of justice.  The one-week extension of time will not prejudice the government and should give the defendant sufficient time to reply.

For these reasons and any other reasons that appear to the Court, the defendant respectfully requests that this motion be granted.

Respectfully Submitted,


_____/s/_____
Andrea Antonelli, Esq.
Attorney-advisor to Mr. James

806 7th Street NW, Suite 301
Washington, DC  20001

Telephone: 202-255-3654
Facsimile:  202-898-1112