UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 06-0019 (EGS) |
| AKIUBER NDOROMO JAMES | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of defendant James' Unopposed Motion to Extend Time to File Reply to the Government's Opposition filed on May 9, 2008, and for good cause shown, it is this _____ day of May, 2008, hereby ORDERED that the defendant's request is GRANTED; and it is

FURTHER ORDERED that the defendant shall file any Reply to the Government's Opposition to his pre-trial motions by no later than May 30, 2008.

SO ORDERED.

_____                    _____
 Date                                                   **Judge Emmet G. Sullivan**