Copies to: Judge
AUSA - Special Proceedings
Dft.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )   CRIMINAL No. 06-019 (EGS)
)
AKUBE WUROMONI NDOROMO at el )
_____)

**FILED**
JUN 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### List of the Witnesses for the June 9, 2008 Hearing

These witnesses are to confirm and prove the entire allegations brought Akube Ndoromo by the Government that Government indeed did rob Mr. Ndoromo and the VSCA employees on December 21, 2004, and December 22, 2004. These witnesses must be subpoenaed to testify whoever used hi/her Fifth Amendment not to testify will be obstruction of Justice and conspiracy to harm and injured and whoever tells untruth statement will be perjury and conspiracy to harm and injured.

1-Rita Pendry, Defense counsel at trial that convicted Mr. Ndoromo
2-David W. Boss, office of Public defender defense counsel.

3- Linda McKinney, U.S. Attorney's Office
4-William Cowden, U.S. Attorney's Office
5-Robert Bowman, U.S. Attorney's Office
6-Kenneth Weinstein, U.S. Attorney's Office
7-Roy Austin, U.S. Attorney's office
8-Alton Malone, U.S. Attorney's office
9-Brain Evans, U.S. Attorney's Office
10-Regina Burris, U.S. Attorney's office

11-Mary Khangaa, The Address known by Brian Evans U.S. Attorney's office
12-James Philip, The address known by Brian Evans U.S. Attorney's office
13-Security Guard that saw Mr. Ndoromo naked on December 22, 2004 known by Brian Evan and Alton Malone U.S. Attorney's Office.
14-Mary Khangaa's Room mate known her address by Mary Khangaa
15-Rev. Samuel Juma, his address is known by James Philip

16-John Facciola, U.S. District Court for the District of Columbia

It is the Government's duty to produce all these witnesses under Brandy see "At 158 ALR, Fed.401 constitutional Duty of Federal Prosecutor to Disclose Brandy evidence favorable." The Government knows all these witnesses' locations and some of them were protected from Akube Ndoromo for example Mary Khangaa, James Philip and Many others.

Pro se

Date 05/30/2008

Akube W. Ndoromo