AKUBE W. NDOROMO
D.C.D.C. # 309-364
CCA/CTF JAIL.
1901. E. ST. S.E.
WASHINGTON, D.C. 20003

02/22/2008

6/12/08

Copies to: Judge
AUSA - Special Proceedings
Dft.

TO: JUDGE: EMMET G. SULLIVAN
U.S. DISTRICT COURT FOR THE DISTRICT
OF COLUMBIA. COURT ROOM 24 "A".

**FILED**

JUN 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEAR YOUR HONOR.

SUBJECT: CRIMINA CASE # 06-019 (EGS)

AKUBE RECEIVED THE RESPONDS FROM GOVERNMENT ON 05/19/2008 THROUGH HIS ADVISER COUNSEL. GOVERNMENT DID NOT SENT A COPY DIRECTLY TO AKUBE, BUT TO ADVISER COUNSEL ASKING HER TO REPLY.

YOUR HONOR ON 01/10/08, THE COURT GRANTED TO AKUBE AN ADVISER COUNSEL IN PRESENTS OF GOVERNMENT AND AKUBE MADE IT CLEAR THAT ADVISER COUNSE CAN'T REPLY OR RESPOND TO GOVERNMENT MOTIONS. THE GOVERNMENT IGNORE THE COURT ORDER IN REFERENCE TO 18 U.S.C. 1509 BY ASKING THE ADVISER COUNSEL TO REPLY.

CCA/CTF DOESN'T HONOR THE COURT ORDER THAT WASN'T IN PAPER OR DOCUMENT. ON 01/10/2008, YOUR CLERK CALL CTF AND YOU TALK TO THE WARD'S OFFICE FOR COURT ORDER TO THE LAW LIBRARY, IT WAS GRANTED, BUT THE LAW LIBRARY IS CLOSED THREE TO FIVE DAYS A WEEK DISREGARDING THE COURT ORDERS. IN REFERENCE TO 42 U.S.C. SEC. 1983, AKUBE IS DENIED ACCESS TO DEFEND HIMSELF EFFECTIVELY.

—PAGE 1—

AKUBE MAY REPLY BEFORE JUNE 09, 2008 DUE TO GOVERNMENTS FALSE OF DISREGARDING MAILING DIRECT COPY TO AKUBE. AKUBE HAS ASK THE ADVISE COUNSEL IF SHE MAY FILE FOR EXTENSION OF TIME TO 05/30/2008, BUT IF THE LAW LIBRARY IS OPEN OR IF COURT ORDERS ARE ALLOWED.

SINCERLY,

*[signature]*

AKUBE W. NDOROMN