# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-3026**  September Term 2007

1:06-cr-00019-EGS-1

**Filed On:** June 12, 2008

United States of America,

    Appellee

    v.

Akiuber Ndoromo James, also known as
Akube Wuromoni Ndoromo,

    Appellant

**FILED**
JUN 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:**  Sentelle, Chief Judge, and Garland and Griffith, Circuit Judges

## O R D E R

Upon consideration of the order to show cause filed April 14, 2008, and the response thereto, which includes a petition for a writ of habeas corpus, it is

**ORDERED** that the appeal in No. 08-3026 be dismissed for lack of jurisdiction. The district court has not issued a final order disposing of appellant's motion under 28 U.S.C. § 2255. See 28 U.S.C. § 2253(a) ("In a . . . proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held."). It is

**FURTHER ORDERED** that the petition for a writ of habeas corpus be dismissed without prejudice to refiling in the appropriate court. This court lacks jurisdiction to entertain an original petition for a writ of habeas corpus. See 28 U.S.C. § 2255; Fed. R. App. P. 22(a); Felker v. Turpin, 518 U.S. 651, 660-61 (1996). A transfer of the petition to district court is not warranted, however, because appellant's section 2255 motion is already pending in district court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**