UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.                                            Criminal No. 06-19(EGS)

AKIUBER NDOROMO JAMES
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a revised pre-sentence report by no later than **AUGUST 18, 2008**; defendant's memorandum of law, if any shall be filed by no later than **SEPTEMBER 1, 2008**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 15, 2008**, Defendant's reply, if any shall be filed by no later than **SEPTEMBER 22, 2008.**   and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **OCTOBER 2, 2008 AT 10:00 A.M.**

IT IS SO ORDERED.

DATE: June 26, 2008    EMMET G. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE