# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3076**                                          **September Term 2007**

1:06-cr-00019-EGS-1

Filed On: August 1, 2008 [1131020]

United States of America,

    Appellee

v.

Akiuber Ndoromo James, also known as
Akube Wuromoni Ndoromo,

    Appellant

**FILED**
AUG 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See <u>Mitchell v Reno</u>, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                  BY:    /s/
                                                Sabrina M. Crisp
                                                Deputy Clerk