UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | Crim. No. 06-0019 (EGS) |
| v. | ) ) |  |
| AKUBE NDOROMO JAMES | ) ) |  |
| Defendant. | ) ) |  |

FILED
AUG 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This matter is before the Court on Order from the United States Court of Appeals for the District of Columbia Circuit, directing prompt notification of this Court's "issuance of a certificate of appealability or statement why a certificate should not issue." Order (August 1, 2008). For the reasons stated in open Court on June 18, 2008, the Court finds that petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, it is

**ORDERED** that a certificate of appealability is **DENIED**.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          August 12, 2008