Copies to: Judge
AUSA - Special Proceedings
Dft.

Akube W. Ndoromo
D.C.D.C. No. 309-364
CCA/CTF JAIL
1901 E. Street S.E.
Washington, D.C. 20003

To: Judge; Emmett G. Sullivan
U.S. District Court for the
District of Columbia
333 Const. Ave. N.W.
Washington, D.C. 20001

June 14, 2008

**FILED**

AUG 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Your Honor.

Subject: Criminal Case No. 06-019-EGS.

June 03, 2008, ORDER denying witnesses; Akube file for reply to Government responds for Section 2255. Another Motion file for witnesses Docket No.91, but the Court deny the Motion. These was the third time Akube's witnesses were denied by this Court.

The Court's ORDER of June18, 2008; Hearing was suppose to be between the Government Vs. Akube, but it was between Court Vs. Akube and Government became witnesses for Court. This was made to deny Akube Equal Protection of Law and Equal Protection of Law is a Pledge.

The ORDER of June 18, 2008; In missing Details about denial of Section 2255 in open Court. "I will tell you in your face" that Section 2255 is denied. The message that Court want to sent to Akubewas that he is not entitled for due process of the Law. See Transcripts June 18, 2008. On June 26, 2008, ORDER part of it was made when Akube was in Court, partthat mentioned about sentence which suppose to be in August 2008. However, part of it was made in absents of Akube See Rule 43.

The Facts that Court was given SOMETHING on March 26, 2007, beggining of the trial makes Akube to ASK these; Did the Court received SOMETHING for June 18, 2008, hearings? And March 21, 2007, hearings?
And will the Government GET SOMETHING to COURT and STANDBY COUNSEL for Sentence day October 02, 2008? Akube will appreciate if the Court will respond to these questions.

Sincerely,

*[signature]*

Akube W. Ndoromo