UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 06-019 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **AKIUBER NDORMOMO JAMES,** | : | |
| | : | |
| **Defendant.** | : | |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane G. Lucas, Assistant United States Attorney, as additional counsel for the United States in the above-captioned case.

                                        Respectfully submitted,

                                        /s/
                                        DIANE G. LUCAS, D.C. Bar # 443610
                                        Assistant United States Attorney
                                        Judiciary Center Building
                                        555 4th St., N.W., Room 4822
                                        Washington, D.C.  20530
                                        (202) 514-7912
                                        Diane.Lucas@usdoj.gov