UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-019 (EGS) |
| : | |
| v. : | |
| : | |
| AKIUBER NDORMOMO JAMES, : | |
| : | |
| Defendant. : | |

## ORDER OF FORFEITURE AS TO MONEY JUDGMENT

WHEREAS, on April 2, 2007, a jury found the defendant guilty of twenty counts of a 26-count Superceding Indictment, specifically: Count One (health care fraud), in violation of Title 18, United States Code, Section 1347; Counts Six through Sixteen (false statements relating to health care matters), in violation of Title 18, United States Code, Section 1035(a)(2); and Counts Nineteen through Twenty-Six (money laundering), in violation of Title 18 U.S.C. § 1957.

WHEREAS, the Superseding Indictment alleged the forfeiture of a sum of money which represents the total amount of property subject to forfeiture, pursuant to Title 18, United States Code, Section 982(a)(7), as property constituting, derived from, directly or indirectly, from gross proceeds traceable to the commission of a health care fraud offense.

WHEREAS, the Superseding Indictment also alleged the forfeiture of a sum of money which represents the total amount of property subject to forfeiture, pursuant to Title 18, United States Code, Section 982(a)(1), as property involved in or traceable to such property involved in money laundering.

WHEREAS, pursuant to Fed.R.Crim.P. 32.2(b)(4), the jury determined that based on the evidence set forth during the defendant's trial, entry of a money judgment of $1,856,812.71, is appropriate insofar as this amount is subject to forfeiture pursuant to Title 18, United States

Code, Sections 982(a)(7) and 982(a)(1), and that the Government has established the requisite connection between that amount and the violations of Title 18, United States Code, Sections 1347 and 1957;

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1.  That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Sections 982(a)(7) and 982(a)(1):

**MONEY JUDGMENT**

**$1,856,812.71 which represents the sum of money equal to the total amount of money constituting, or derived from, gross proceeds obtained, directly or indirectly, as a result of health care fraud scheme, in violation of Title 18, United States Code, Section 1347; and which represents the sum of money equal to the amount of money involved in money laundering, in violation of Title 18, United States Code, Section 1957.**

    2.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    3.  The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Ellen Chubin Epstein, United States Attorney's Office, 555 Fourth Street, NW, Washington, D.C.  20530.

    Dated this _____ day of _____, 2008.


                                                                                       _____
                                                                                       EMMET G. SULLIVAN
                                                                                       UNITED STATES DISTRICT JUDGE