# EXHIBIT 1

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of Health
### Medical Assistance Administration



**Office of Quality Management/Program Integrity**

September 11, 2008

The Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   <u>United States v. Akiuber Ndoromo James, et al.</u>,
       Criminal No. 06-019 (EGS)

Dear Judge Sullivan:

  From 2001 to 2004, Akiuber Ndoromo James ("James"), doing business as Voice of Social Concern Association, Inc. ("VSCA"), engaged in a scheme to defraud the District of Columbia's Medicaid program ("DC Medicaid"). James prepared and submitted false claims and billing Medicaid for transportation services which James alleged to have provided to Medicaid beneficiaries, when, in fact, no such services were rendered. An investigation by the Office of the Inspector General of the Department of Health and Human Services ("HHS-OIG"), Federal Bureau of Investigation ("FBI"), United States Postal Inspection Service ("USPIS"), and the District's Medical Assistance Administration ("MAA") determined James's claims to be false for many reasons, including: the Medicaid beneficiaries were deceased; the Medicaid beneficiaries had never used VSCA's services; the Medicaid beneficiaries had only occasionally used VSCA's services, but VSCA submitted false claims inflating the services provided; no corresponding claims for appointments with Medicaid providers exist for the Medicaid beneficiaries; and the Medicaid beneficiaries had discontinued using VSCA's services.

  Through his fraud scheme, James stole approximately $1.8 million from the District's Medicaid program. In addition, the lengthy investigation of James required the government, through the HHS-OIG, FBI, and USPIS, along with the MAA, to expend resources in excess of $400,000.

  Medicaid is a program that provides medical assistance for certain individuals and families with low incomes and few resources. Medicaid is a "health care benefit program" in that it is a public plan, affecting commerce, under which a medical benefit, item, or service is provided to individuals, and for which payment may be made under the plan or contract. The Medicaid program became law in 1965 as a jointly funded cooperative venture between the federal and state governments to assist states in the provision of adequate medical care to eligible needy persons. The United States Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS) is the federal component responsible for oversight of the Medicaid programs throughout the United States.

Judge Emmet G. Sullivan
September 11, 2008
Page 2

The District's Medicaid program operates as a vendor payment program, with payments made directly to the providers. Providers participating in the Medicaid program must accept the Medicaid reimbursement level as payment in full. Each state has relatively broad discretion in determining (within federally-imposed upper limits and specific restrictions) the reimbursement methodology and resulting rates for services. States may impose nominal deductibles, co-insurance, or co-payments on some Medicaid recipients for certain services.

Title XIX of the Social Security Act, which established the Medicaid program, allows considerable flexibility within the states' Medicaid plans. However, some federal requirements are mandatory if federal matching funds are to be received. A state's Medicaid program must offer medical assistance for certain basic services to most categorically needy populations. States may also receive federal matching funds to provide certain optional services.

In FY 2007, the District's Medicaid program covered an average of 142,000 people per month, and total spending was $1.4 billion, of which the federal government paid 70%. Medicaid covers approximately 25% of the population in DC. The District's Medicaid program thus has an obligation to ensure that funds are spent wisely to attain as many health benefits as possible for beneficiaries.

The Medical Transportation Management ("MTM") program is one part of the District of Columbia's Medicaid program. MTM provides Medicaid beneficiaries who are disable, wheelchair bound, or are unable to take public transportation with non-emergency transportation to receive medically necessary services.

Prior to the start of DC's new broker system, in which a single company schedules appointments for all non-emergency transportation providers, there were approximately 200 providers registered with Medicaid. After the implementation of this new system in October 2007, the number of active non-emergency transportation providers dropped to 85. Still, with a large number of providers in DC, there is the potential for great loss to the Medicaid program through fraud schemes. It is imperative that an example be set and that those found guilty of such schemes receive sentences that will deter other providers from committing fraud.

Sincerely,

Ann E.K. Page, RN, MPH
Health Systems Administrator